## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISZRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS STEPHEN DEEN,<br>   *Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:19-CV-00074 |
| | § | |
| LOWE'S HOME CENTERS, LLC,<br>GLOBAL MACHINERY COMPANY,<br>JINDING GROUP CO., LTD., and<br>JIANGSU JINDING ELECTRIC<br>TOOLS CO., LTD.,<br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

**ON THIS DAY** came on to be heard the above-entitled and numbered cause, and the Court having considered the Agreed Motion to Dismiss, the pleadings on file in this cause, and the evidence presented, finds that it has jurisdiction over the parties and the subject matter of this cause.

It is, therefore, **ORDERED** that any and all claims and causes of action made by Plaintiff THOMAS STEPHEN DEEN against all Defendants are hereby dismissed with prejudice to the re-filing of same.

It is further **ORDERED** that all costs of court be taxed against the party incurring same.

This Order disposes of all claims and causes of action between Plaintiff THOMAS STEPHEN DEEN and all Defendants and is final and appealable.

Any other relief not expressly provided for herein is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 12th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE